# EXHIBIT A-2

9/4/2020 3:47 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 46004324
By: F Abdul-Bari
Filed: 9/4/2020 3:47 PM

Receipt Number: 895766
Tracking Number: 73780947

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202051214

| | |
|---|---|
| PLAINTIFF: ROBERSON, ROY | In the 269th Judicial |
| vs. | District Court of |
| DEFENDANT: AV WAREHOUSING & CRATING LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: PALACIOUS, ANTHONY

5722 HOPPER RD

HOUSTON TEXAS 77016

OR HIS PLACE OF BUSINESS (AV WAREHOUSING & CRAFTING LLC)

1535 MOONEY RD

HOUSTON TX 77093

OR WHEREVER HE MAY BE FOUND

Attached is a copy of PLAINTIFFS' ORIGINAL PETITION & REQUESTS FOR DISCLOSURE.

This instrument was filed on August 25, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this August 28, 2020.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: BERNITTA BARRETT

Issued at request of:
EDWARDS, JAMES RICHARD
550 WESTCOTT ST SUITE 470
HOUSTON, TX  77007
832-742-9153

Bar Number: 24078466

Tracking Number: 73780947
EML

CAUSE NUMBER: 202051214

| | |
|---|---|
| PLAINTIFF: ROBERSON, ROY | In the 269th |
| vs. | Judicial District Court |
| DEFENDANT: AV WAREHOUSING & CRATING LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at __11:00__ o'clock __A__. M., on the __28__ day of __August__, 20__20__.
Executed at (address) __5722 Hopper Rd. Houston, TX 77016__
in __Harris__ County
at __12:05__ o'clock __P__. M., on the __28__ day of __August__, 20__20__,
by delivering to __Anthony Palacious__ defendant,
in person, a true copy of this
Citation together with the accompanying __1__ copy(ies) of the
__Original__ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this __28__ day of
__August__, 20__20__.

FEE: $ _____

_____ of _____
County, Texas
__Harris Jackson PSC 14322__     By: _____
Affiant  Exp 04.30.22                  Deputy

On this day, __Kerry Jackson__, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this __28th__ of
__August__, 20__20__

ADRIAN ADAM LIRA
Notary Public, State of Texas
Comm. Expires 03-04-2023
Notary ID 130140783

_____
Notary Public

59168-1