# EXHIBIT A-3(1)

## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Texas

Case Number: 4:22-CV-1388

Plaintiff:
**CENTRAL MUTUAL INSURANCE COMPANY**

vs.

Defendant:
**ANTHONY PALACIOS AND ROY ROBERSON**

Received these papers on the 1st day of June, 2022 at 11:57 am to be served on **ANTHONY PALACIOS, 5722 HOPPER ROAD, HOUSTON, TX 77016**.

I, ALEXANDRA TEDDER, being duly sworn, depose and say that on the **22nd day of June, 2022 at 1:39 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT and ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES**. After due search, careful inquiry and diligent attempts was unable to serve on **ANTHONY PALACIOS** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
6/3/2022 9:02 am  Attempted service at 5722 HOPPER ROAD, HOUSTON, TX 77016, There is a chain link fence across the entire front yard/driveway. Unable to leave contact card (card kept slipping and falling through). Honked my horn but received no response.
6/7/2022 12:42 pm  Attempted service at 5722 HOPPER ROAD, HOUSTON, TX 77016, Honked my horn but received no response.
6/10/2022 9:08 pm  Attempted service at 5722 HOPPER ROAD, HOUSTON, TX 77016, honked my horn but received no response. No cars in the driveway or on the street. No response at neighbor's residence.
6/15/2022 7:20 am  Attempted service at 5722 HOPPER ROAD, HOUSTON, TX 77016, honked my horn but received no response. No cars in the driveway or on the street. No response at neighbor's residence.
6/15/2022 11:07 am  Per HARRIS COUNTY APPRAISAL DISTRICT
REAL PROPERTY ACCOUNT INFORMATION
ACCOUNT NUMBER 0642050040023, the property is owned and homesteaded by ENEDELIA PALACIOS. The defendant, Anthony Palacios, DOB October 19, 2000, has a Texas driver's license, 0044309722 registered at 5722 HOPPER RD, HOUSTON, TX 77016.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 24th day of June, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

DONNIE DENKINS MORELAND, SR.
Notary Public, State of Texas
Comm. Expires 03-10-2023
Notary ID 125315149

ALEXANDRA TEDDER
PSC-20172 EXP: 9/30/2023

Our Job Serial Number: DNE-2022000442
Ref: 1520180

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2