# EXHIBIT A-4

## AFFIDAVIT OF NON-SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Texas

Case Number: 4:22-CV-1388

Plaintiff: **CENTRAL MUTUAL INSURANCE COMPANY**
vs.
Defendant: **ANTHONY PALACIOS AND ROY ROBERSON**

Received these papers on the 1st day of June, 2022 at 11:57 am to be served on **ROY ROBERSON, 5350 AERO PARK, HOUSTON, TX 77032**.

I, ALEXANDRA TEDDER, being duly sworn, depose and say that on the **23rd day of June, 2022 at 8:38 am, I:**

**NON-SERVED the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT and ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES**. After due search, careful inquiry and diligent attempts was unable to serve on **ROY ROBERSON** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
6/3/2022  7:20 am  Attempted service at 5350 AERO PARK, HOUSTON, TX 77032, This is The Life At Timber Ridge apartments. Office was closed and gates on either side of the office were closed.
6/7/2022  12:00 pm  Attempted service at 5350 AERO PARK, HOUSTON, TX 77032, Gates were closed and leasing office wasn't open.
6/10/2022  8:40 pm  Attempted service at 5350 AERO PARK, HOUSTON, TX 77032, Gates closed and leasing office closed for the day. Waited several minutes but no one came in or out.
6/13/2022  10:30 am  Attempted service at 5350 AERO PARK, HOUSTON, TX 77032, Gates closed and leasing office closed for the day. Waited several minutes but no one came in or out. Leasing office would not give tenant informatin due to privacy policy. And stated the property manager would have to be there in order for me to gain access.
6/17/2022  2:00 pm  Attempted service at 5350 AERO PARK, HOUSTON, TX 77032, Gates closed and leasing office closed for the day. Waited several minutes but no one came in or out. Leasing office would not give tenant informatin due to privacy policy. And stated the property manager would have to be there in order for me to gain access.
6/18/2022  4:00 pm  Attempted service at 5350 AERO PARK, HOUSTON, TX 77032, Gates closed and leasing office closed for the day. Waited several minutes but no one came in or out. Leasing office would not give tenant informatin due to privacy policy. And stated the property manager would have to be there in order for me to gain access.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

ALEXANDRA TEDDER
PSC-20172 EXP: 9/30/2023

Subscribed and Sworn to before me on the 23rd day of June, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: DNE-2022000443
Ref: 1520181


DONNIE DENKINS MORELAND, SR.
Notary Public, State of Texas
Comm. Expires 03-10-2023
Notary ID 125315149

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i