# EXHIBIT A-5(1)

## Tollefson Bradley Mitchell & Melendi, LLP

2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: (214) 665-0100
Facsimile:  (214) 665-0199

Stephen A. Melendi	stephenm@tbmmlaw.com
	Direct Dial: (214) 665-0103

Matthew Rigney	mattr@tbmmlaw.com
	Direct Dial: (214) 665-0109

June 23, 2022

<u>Via e-mail: dld@dzwlaw.com</u>	<u>Via e-mail: firm@jimedwardslaw.com</u>
Daryl Derryberry	James Edwards
Derryberry Zips Wade, PLLC	The Law Offices of Jim Edwards
1043 Asher Way, Suite 200	550 Westcott, Suite 470
Tyler, Texas 75703	Houston, Texas 77007

Re:   Civil Action No. 4:22-cv-01388; *Central Mutual Insurance Company v. Anthony Palacios and Roy Roberson;* in the United States District Court for the Southern District of Texas, Houston Division

Dear Counsel:

I am counsel for Central Mutual Insurance Company. My client has filed a declaratory judgment action in the United States District Court for the Southern District of Texas regarding their duty to defend and indemnify AV Warehousing & Crating, LLC in the underlying lawsuit styled *Roy Roberson v. AV Warehousing & Crating, LLC and Anthony Palacios*, No. 2020-51214, in the 296th Judicial District Court of Harris County, Texas.

I understand you represent Roy Roberson in the underlying lawsuit, and I am writing to see whether you will be representing him in the coverage action and, if so, whether you will accept service on his behalf under Federal Rule of Civil Procedure 4. For your convenience, a waiver of service form is attached.

Please contact me at your earliest opportunity to discuss this matter.

Sincerely,

*[signature]*

Stephen A. Melendi

SAM/gs
Enclosures