# EXHIBIT A-5(2)

| | |
|---|---|
| **From:** | Gracie Solis |
| **To:** | "dld@dzwlaw.com"; "firm@jlmedwardslaw.com" |
| **Cc:** | Stephen Melendi; Matt Rigney |
| **Subject:** | Civil Action No. 4:22-cv-01388 - Central Mutual Insurance Company v. Anthony Palacios and Roy Roberson |
| **Date:** | Thursday, June 23, 2022 11:03:00 AM |
| **Attachments:** | 2022.06.23 Ltr to Daryl D re Waiver of Service.pdf<br>Doc 1 - Complaint for Declaratory Judgment.pdf<br>2022.06.23 Waiver of the Service of Summons.pdf |

Dear Counsel:

Per Stephen Melendi, please see the attached correspondence with attachments regarding the above-referenced matter. Should you have any questions, please do not hesitate to contact me.

**Thank you,**
**Gracie Solis**
Secretary to Stephen Melendi, Matt Rigney, Judy Winston & Beth K. Itkin
**Tollefson Bradley Mitchell & Melendi, LLP**
2811 McKinney Ave., Suite 250
Dallas, Texas 75204
Telephone: 214.665.0100
Facsimile: 214.665.0199