IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CENTRAL MUTUAL INSURANCE COMPANY** § § §| |
| *Plaintiff,* § §| |
| v. § §| **CIVIL ACTION NO. 4:22-1388** |
| § §| |
| **ANTHONY PALACIOS and ROY ROBERSON** § § | |
| *Defendant.* § | |

### ORDER ON CENTRAL MUTUAL INSURANCE COMPANY'S UNOPPOSED MOTION FOR SUBSTITUTED SERVICE ON DEFENDANTS ANTHONY PALACIOS AND ROY ROBERSON

**ON THIS DAY** came on to be considered Plaintiff Central Mutual Insurance Company's Unopposed Motion for Substituted Service on Defendants Anthony Palacios and Roy Roberson. Upon consideration, the Court is of the opinion that the Motion is well-taken and should be **GRANTED**.

The Court therefore ORDERS that service may be effected on Defendant Anthony Palacios by delivering to anyone over the age of sixteen (16) at Palacios' residence at 5722 Hopper Road, Houston, Texas, 77016, a copy of the summons, complaint, and a copy of the Court's order permitting substituted service, or by attaching the foregoing documents to the front entrance of Palacios' residence address.

It is further ORDERED that service may be effected on Defendant Roy Roberson by emailing to his attorneys, Daryl Derryberry and James Edwards, the summons, complaint, and a copy of this Order.

It is further ORDERED that the foregoing substituted service methods shall not be considered exclusive, and that service of a copy of the summons and complaint on either Defendant Anthony Palacios or Roy Roberson by other means allowed by Fed. R. Civ. P. 4 is still permitted.

So Ordered

Signed on _____, at Houston, Texas.

_____
Hon. Sim Lake
United States District Judge

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTED SERVICE**