AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>ANTHONY PALACIOS and ROY ROBERSON<br><br>*Defendant(s)* | Civil Action No. 4:22-cv-1388 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anthony Palacios
5722 Hopper Road
Houston, Texas 77016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen Melendi
Tollefson, Bradley, Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250 West
Dallas, TX 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: May 4, 2022

s/ Shannon Holden
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR
SOUTHERN DISTRICT OF TEXAS

CENTRAL MUTUAL INSURANCE COMPANY
Plaintiff

Civil Action No. 4:22-CV-1388

v.

ANTHONY PALACIOS AND ROY ROBERSON
Defendant

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day Andrew R Espinosa, personally appeared and stated under oath as follows: I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

**ON 08/24/2022 @ 9:00 AM** - SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT AND ORDER ON CENTRAL MUTUAL INSURANCE COMPANY'S UNOPPOSED MOTION FOR SUBSTITUTED SERVICE ON DEFENDANT'S ANTHONY PALACIOS AND ROY ROBERSON **CAME TO HAND.**

**ON 08/24/2022 @ 7:20 PM**- The above named documents were delivered to: ANTHONY PALACIOS, BY DELIVERING TO ANNIE PALACIOS – RELATIVE @ 5722 HOPPER ROAD, HOUSTON, TX 77016 **BY SUBSTITUTE SERVICE PER ORDER.**

FURTHER AFFIANT SAYETH NOT.

Joseph C Rodriguez, Affiant
SCH# 4165 EXP. 8/31/2024

IN ACCORDANCE WITH RULE 107:

UNDER PENALTY OF PERJURY: My name is Joseph C Rodriguez, my date of birth is 4/29/1980, and my address is 7232 Farnsworth, Houston, TX 77022 and United States of America. I declare under penalty of perjury the foregoing is true and correct.

Executed in Harris County, State of TX, on AUGUST 25, 2022.