UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 4:22-1388 |
| ANTHONY PALACIOS and ROY ROBERSON | § § § § | |
| *Defendants.* | § § | |

**CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT ANTHONY PALACIOS**

On this day came for consideration Plaintiff Central Mutual Insurance Company for Clerk's Entry of Default against Defendant Anthony Palacios. Having reviewed the clerk's record, the Clerk of this Court has determined that default should be entered against Defendant Anthony Palacios.

Therefore, in accordance with Federal Rule of Civil Procedure 55, the Clerk hereby records its entry of default against Defendant Anthony Palacios.

So ENTERED and SIGNED this _____ day of _____, 2022.

_____
CLERK, U.S. DISTRICT COURT