**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CENTRAL MUTUAL INSURANCE COMPANY,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | Civil Action No. 4:22-cv-1388 |
| **ANTHONY PALACIOS and ROY ROBERSON** | § § § | |
| *Defendants.* | § § | |

## AFFIDAVIT OF MATTHEW RIGNEY

1.  My name is Matthew Rigney. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.  I am a partner at the law firm Tollefson, Bradley, Mitchell and Melendi. Central Mutual Insurance Company retained this firm to represent it in this lawsuit.

3.  On August 22, 2022, the Court entered a signed order granting Plaintiff Central Mutual Insurance's Motion for Substituted Service. *See* P. Unopposed Motion for Sub. Service (filed Aug 19, 2022), ECF No. 7; Order (Entered Aug 22, 2022), ECF No. 9.

4.  In that order, the Court stated that service could be effected on Defendant Roy Roberson by sending a copy of the complaint, Mr. Roberson's summons and the signed order to his attorneys, Darryl Derryberry and James Edwards, via email.

5.  At approximately 11:37 AM on August 24, 2022, my assistant, Gracie Solis, emails a copy of the Complaint, Summons, and Substitute Service Order to Defendant Roy Roberson's attorneys, Daryl Derryberry (dld@dzwlaw.com) and James Edwards (firm@jimedwardslaw.com) via E-mail, effecting service of process on Defendant Roy Roberson.

6.  The document attached hereto as Exhibit A is a true and correct copy of the email that was sent.

7.  I was carbon copied on the email and received the email. No errors or "bounce backs" were received after the email was sent.

FURTHER, AFFIANT SAYETH NOT.



_____
Matthew Rigney

BEFORE ME, the undersigned Notary Public, on this day personally appeared Matthew Rigney, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed said instrument as an Affidavit of Fact, for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON this 9th day of November 2022 in Dallas County, Texas.

```
GRACIE SOLIS
Notary Public, State of Texas
Comm. Expires 06-20-2026
Notary ID 128270397
```

_____
Notary Public in and for
The State of Texas

# EXHIBIT A

## Gracie Solis

| | |
|---|---|
| **From:** | Gracie Solis |
| **Sent:** | Wednesday, August 24, 2022 11:37 AM |
| **To:** | 'dld@dzwlaw.com'; 'firm@jimedwardslaw.com' |
| **Cc:** | Stephen Melendi; Matt Rigney |
| **Subject:** | Civil Action No. 4:22-cv-01388 - Central Mutual Insurance Company v. Anthony Palacios and Roy Roberson |
| **Attachments:** | Doc 9 - Order.pdf; Doc 5-1 - Summons in a Civil Action (Roy Roberson).pdf; Doc 1 - Complaint for Declaratory Judgment.pdf |

Dear Counsel:

On behalf of Stephen Melendi, please see the attached signed Order for Substituted Service regarding the above-referenced matter. Should you have any questions, please do not hesitate to contact Stephen.

**Thank you,**
**Gracie Solis**
Secretary to Stephen Melendi, Matt Rigney & Judy Winston
**Tollefson Bradley Mitchell & Melendi, LLP**
2811 McKinney Ave., Suite 250
Dallas, Texas 75204
Telephone: 214.665.0100
Facsimile: 214.665.0199