United States District Court
Southern District of Texas
**ENTERED**
November 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-1388 |
| ANTHONY PALACIOS and ROY ROBERSON, | § § § | |
| Defendants. | § | |

### ORDER

Plaintiff Central Mutual Insurance Company's Request for Clerk's Entry of Default Against Defendant Anthony Palacios (Docket Entry No. 12) and Plaintiff's Request for Clerk's Entry of Default Against Defendant Roy Roberson (Docket Entry No. 14) are **GRANTED**, and it is **ORDERED** that default is entered against defendants, Anthony Palacios and Roy Roberson, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Within 20 (twenty) days from the entry of this Order, plaintiff is **ORDERED** to:

(a) move for judgment by default, certifying the notice to defendants by certified mail (return receipt requested) as required by Rule 5.5;

(b) submit affidavits with supporting documentation of plaintiff's damages, including a self-explanatory computation of any prejudgment interest sought;

    (c)    submit affidavit evidence on attorney's fees, including an explanation of reasonable charges for the necessary service in prosecution of this case; and

    (d)    submit a proposed Final Judgment.

The December 2, 2022, initial pretrial and scheduling conference is **CANCELED**.

**SIGNED** at Houston, Texas, on this 14th day of November, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE