IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

United States Courts
Southern District of Texas
F I L E D

NOV 14 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-1388 |
| ANTHONY PALACIOS and ROY ROBERSON, *Defendants*. | § § § § | |

## DEFENDANT ANTHONY PALACIOS' ORIGINAL ANSWER TO PLAINTIFF CENTRAL MUTUAL INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Defendant Anthony Palacios ("Defendant") herein, and files this Answer to Plaintiff's Complaint for Declaratory Judgment and in support thereof, would respectfully show the Court as follows:

### I.
### GENERAL DENIAL

Defendant generally denies all the allegations contained in Plaintiffs' Complaint for Declaratory Judgment.

### II.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that Plaintiffs' Complaint for Declaratory Judgment be dismissed in its entirety with prejudice at Plaintiff's cost and that Plaintiff recovers nothing herein. Defendant additionally prays that this Honorable Court grant it such further relief, at either law or in equity, to which it may otherwise prove to be justly entitled.

Respectfully submitted,

**PRO SE DEFENDANT**

By: _/s/ Tony Palacios_

Anthony Palacios
5722 Hopper Road
Houston, Texas 77016
enetal@att.net

## CERTIFICATE OF SERVICE

I certify that on the 14th day of November 2022, a true and correct copy of this document properly was served on the following counsel of record in accordance with the Texas Rules of Civil Procedure.

***Via Mail***
Stephen Melendi
Tollefson, Bradley, Mitchell & Melendi, LLP
2811 McKinney Avenue
Suite 250 West
Dallas, TX 75204

_/s/ Tony Palacios_
Anthony Palacios