

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| CENTRAL MUTUAL INSURANCE CO. | § § | |
| V. | § § | CIVIL ACTION NO. H-22-1388 |
| ANTHONY PALACIOS | § § | |

## **<mark>NOTICE OF CANCELLATION</mark>**

This case has been **CANCELLED** for the following before Senior United States District Judge Sim Lake until further notice:

**INITIAL SCHEDULING CONFERENCE**

Date:   January 6, 2023

Time:   2:00 p.m.

Place:  515 Rusk
        Courtroom 9-B, 9th Floor
        Houston, Texas

To:     All Parties of Record


For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

December 27, 2022