United States District Court
Southern District of Texas

**ENTERED**

December 27, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Central Mutual Insurance Co., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-1388 |
| | § | |
| Anthony Palacios | § | |
| and Roy Roberson, | § | |
| | § | |
| Defendants. | § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. __March 3, 2023__   MOTIONS TO AMEND THE PLEADINGS

2. __March 3, 2023__   MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____   MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. __May 26, 2023__   Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5. __June 30, 2023__   Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

6. <u>September 15, 2023</u>   <u>COMPLETION OF DISCOVERY</u>  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____   <u>LIMITS ON DISCOVERY</u>
                    _____
                    _____.

8. _____   <u>MEDIATION</u> or <u>SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE</u>  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9. <u>  March 24, 2023  </u>   <u>DISPOSITIVE MOTIONS</u>

10. <u>October 6, 2023  </u>   <u>ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE</u>

11. <u>November 3, 2023  </u>   <u>JOINT PRETRIAL ORDER</u> Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order.  The court will not accept separate versions of the pretrial order.

12. <u>November 9, 2023  </u>   <u>DOCKET CALL</u>   No instrument filed within
        3:00 P.M.   three days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.


<u>  December 27, 2022  </u>   _____
          DATE                  SIM LAKE
             SENIOR UNITED STATES DISTRICT JUDGE

-2-