United States District Court
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

MAR 0 1 2023

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY  *Plaintiff,*  ANTHONY PALACIOS and ROY ROBERSON  *Defendants,* | § § § § § § § § § § § Civil Action No. 4:22-1388 |

# MOTION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE JUDGE OF THE COURT:

Defendant, Anthony Palacios request to appoint the Attorney Stephen Garrett for the above case for the following reasons:

1. That Stephen Garrett of Cotton & Schmidt, LLP is the present counsel in a lawsuit that is also involved in this case filed in the State Court.

2. That said counsel has been working on this case since the beginning and is familiar with all aspects of the case.

Respectfully submitted,

PRO SE DEFENDANT

Anthony Palacios
5722 Hopper Rd
Houston, Texas 77016
tonypalaciostony@aol.com

Attorneys for Plaintiff Central Mutual Insurance Company:

Stephen A. Melendi – Attorney-In-Charge
State Bar No. 24041468
Southern District Bar No. 38607
stephenm@tbmmlaw.com
Matthew Rigney
State Bar No. 24068636
Southern District Bar No. 2870042
mattr@tbmmlaw.com

Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone:  214-665-0100
Facsimile:   214-665-0199

Defendant Anthony Palacios

Anthony Palacios – Pro Se Defendant
5722 Hopper Rd
Houston, Texas 77016
tonypalaciostony@aol.com


Attorney:
Stephen Garrett
Cotton & Schmidt, LLP
Three Hughes Landing
1780 Hughes Landing Blvd., Suite 289
The Woodlands, Texas 77381
sgarrett@cottenschmudt.com