IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CENTRAL MUTUAL INSURANCE COMPANY** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-1388 |
| | § § | |
| **ANTHONY PALACIOS and ROY ROBERSON** | § § § § | |
| *Defendant.* | § | |

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On this day the Court considered Plaintiff Central Mutual Insurance Company's Motion for Summary Judgment and Brief in Support in the above-entitled and numbered proceeding, pursuant to Fed. R. Civ. P. 56(a). The Court, having considered the motion, brief in support and any additional briefing, finds that Plaintiff's Motion for Summary Judgment is meritorious and should be **GRANTED**.

It is therefore ORDERED, ADJUDGED and DECREED that Central Mutual Insurance Company owes no duty to defend or indemnify Anthony Palacios against the claims asserted in the Underlying Lawsuit styled *Roy Roberson v. AV Warehousing & Crating, LLC and Anthony Palacios*, Cause No. 2020-51214, in the 269th District Court of Harris County, Texas. With the Court having previously entered default judgment against Defendant Roy Roberson (ECF No. 19), this is a final and appealable judgment.

SO ORDERED this ___ day of _____, 2023.

_____
Sim Lake
UNITED STATES DISTRICT JUDGE