United States District Court
Southern District of Texas
**ENTERED**
October 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY, *Plaintiff,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:22cv1388 |
| ANTHONY PALACIOS AND ROY ROBERSON, *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 19, 2023, (Dkt. 27) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

The court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this 4th day of October, 2023.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE